# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: February 11, 2021

| | | |
|---|---|---|
| * * * * * * * * * * * * * | * | |
| TAMARA CHAVEZ, Parent of T.C., a minor, | * * * | |
| Petitioner, | * * | No. 16-1479V |
| v. | * * | Special Master Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * * * * | |
| Respondent. | * * | |
| * * * * * * * * * * * * * | * | |

## ORDER

On February 10, 2021, respondent's counsel emailed the undersigned's law clerk stating, that after discussion with petitioner's counsel the parties would like to set an April 1, 2021 deadline for the parties to file any demonstratives to be used during direct examinations at the entitlement hearing. Additionally, they requested the hearing start at 10:00AM EST each day.

The following is **ORDERED**:

The parties shall file any demonstratives to be used during direct examinations at the entitlement hearing **by Thursday, April 1, 2021**.

Any questions regarding this Order may be directed to my law clerk, Megan Andersen, at (202) 357-6345 or by e-mail at Megan_Andersen@cfc.uscourts.gov.

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master